# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**MASON ORTEGEL**

vs.

**VIRGIIA POlYTECHNIC INSTITUTE AND STATE UNIVERSITY, et al.**

Action No:   7:22cv510

Date:   3/17/2023

Judge:   Elizabeth K. Dillon

Court Reporter:   M. Butenschoen

Deputy Clerk:   K. Anglim

Plaintiff Attorney(s)
Benjamin North

Defendant Attorney(s)
Nathan Schnetzler

PROCEEDINGS:
Parties present by counsel for oral argument on Defendant's Motion to Dismiss for Failure to State a Claim (dkt. 6)
Argument, Objections, Rebuttal as reflected in the record.
Judge to take argument under advisement and rule in near future.

Time in Court:   1:55 – 3:18pm; 1 hr 23 min