IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
February 10, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

| | |
|---|---|
| MASON ORTEGEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:22-cv-510 |
| | ) |
| VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER REQUIRING THE PRODUCTION OF RECORDS

This matter comes before the Court on Defendants' Motion for Production of Records, ECF No. 27. Defendants seek an Order pursuant to 5 U.S.C. § 552a(b)(12) requiring the production of records and information by the United States Army as set forth in their attached exhibit, ECF No. 27-1. Plaintiff consents to Defendants' Motion.

For good cause shown, Defendants' Motion, ECF No. 27, is hereby **GRANTED**, and the United States Army, pursuant to 5 U.S.C. § 552a(b)(12), is **DIRECTED** to produce to Defendants all documents, records, and information responsive to the subpoenas attached as exhibits to Defendants' Motion, ECF No. 27-1.

It is so **ORDERED**.

Entered this 10th day of February, 2025.

_____
C. Kailani Memmer
United States Magistrate Judge