# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| MASON ORTEGEL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    Case No. 7:22-cv-510 |
| | ) |
| VIRGINIA POLYTECHNIC INSTITUTE | ) |
| AND STATE UNIVERSITY, et al., | ) |
| | ) |
|    Defendants. | ) |

## JOINT STIPULATION

Plaintiff Mason Ortegel ("Ortegel") and defendants Virginia Polytechnic Institute and State University, DaShawn Dilworth, and Katie Polidoro (collectively "Defendants"), by their respective counsel, stipulate and agree to the following:

1. Plaintiff may not call any expert witness during his case in chief at trial.

2. Defendants will not call their expert witness during their case in chief at trial.

3. As a result, Plaintiff may not call any expert for purposes of rebuttal evidence at trial.

4. Accordingly, Defendants' Motion to Exclude, ECF No. 36, is moot.

**SEEN AND AGREED:**

| | |
|---|---|
| /s/ | /s/ |
| Benjamin North (VSB No. 97439) | Katherine C. Londos (VSB #: 36848) |
| Lindsay R. McKasson (VSB No. 96074) | Nathan H. Schnetzler (VSB #: 86437) |
| Katie L. Raymond (*pro hac vice*) | FRITH ANDERSON + PEAKE, P.C. |
| BINNALL LAW GROUP, PLLC | 29 Franklin Road, SW |
| 717 King Street, Suite 200 | P.O. Box 1240 |
| Alexandria, Virginia 22314 | Roanoke, Virginia 24006-1240 |
| Tel: (703) 888-1943 | Phone: 540/772-4600 |
| Fax: (703) 888-1930 | Fax:    540/772-9167 |
| ben@binnall.com | Email: klondos@faplawfirm.com |
| lindsay@binnall.com |           nschnetzler@faplawfirm.com |
| katie@binnall.com | |
| *Counsel for Plaintiff Mason Ortegel* | |

Kay Heidbreder (VSB No.: 22288)
University Legal Counsel and
Senior Assistant Attorney General
*heidbred@vt.edu*
M. Hudson McClanahan (VSB No.: 46363)
*hud3@vt.edu*
Kristina J. Hartman (VSB No.: 92279)
*kjhart06@vt.edu*
Associate University Legal Counsel and
Assistant Attorney General
University Legal Counsel (0121)
Burruss Hall, Suite 236, Virginia Tech
800 Drillfield Drive
Blacksburg, VA  24061
Phone: (540) 231-6293
Fax: (540) 231-6474
*Counsel for Defendants*

629.0456\NHS
4904-6245-9965 .v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to counsel of record.

/s/
Nathan H. Schnetzler

629.0456\NHS
4904-6245-9965 .v1