IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MASON ORTEGEL, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:22-cv-510 |
| ) | |
| VIRGINIA POLYTECHNIC INSTITUTE ) | |
| AND STATE UNIVERSITY, et al., ) | |
| ) | |
|    Defendants. ) | |

### DEFENDANTS' NOTICE OF WITHDRAWAL OF
### MOTION TO EXCLUDE PLAINTIFF'S EXPERT WITNESS

Pursuant to the Joint Stipulation filed this day, ECF No. 39, Defendants, by counsel, hereby give notice of their withdrawal of their Motion to Exclude, ECF No. 36.

Respectfully submitted,

VIRGINIA POLYTECHNIC INSTITUTE AND
STATE UNIVERSITY, KATIE POLIDORO, and
DASHAWN DILWORTH

/s/
Katherine C. Londos (VSB #: 36848)
Nathan H. Schnetzler (VSB #: 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:     540/772-9167
Email: klondos@faplawfirm.com
       nschnetzler@faplawfirm.com



629.0456\NHS
4920-9550-0605 .v1

- 1 -

Kay Heidbreder (VSB No.: 22288)
University Legal Counsel and
Senior Assistant Attorney General
*heidbred@vt.edu*
M. Hudson McClanahan (VSB No.: 46363)
*hud3@vt.edu*
Kristina J. Hartman (VSB No.: 92279)
*kjhart06@vt.edu*
Associate University Legal Counsel and
Assistant Attorney General
University Legal Counsel (0121)
Burruss Hall, Suite 236, Virginia Tech
800 Drillfield Drive
Blacksburg, VA  24061
Phone: (540) 231-6293
Fax: (540) 231-6474

*Counsel for Defendants*



629.0456\NHS
4920-9550-0605 .v1

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to counsel of record.

/s/_____
Nathan H. Schnetzler



629.0456\NHS
4920-9550-0605 .v1

- 3 -