**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **MASON ORTEGEL,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 7:22-cv-510** |
| ) | |
| **VIRGINIA POLYTECHNIC INSTITUTE** ) | |
| **AND STATE UNIVERSITY, et al.,** ) | |
| ) | |
|    **Defendants.** ) | |

### VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY'S AND DASHAWN DILWORTH'S MOTION FOR SUMMARY JUDGMENT

Defendants Virginia Polytechnic Institute and State University ("Virginia Tech") and DaShawn Dilworth ("Dilworth") (collectively "Defendants"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure respectfully move this Court for entry of an Order granting them summary judgment and dismissing them from this case with prejudice for the reasons set forth in the accompanying Memorandum of Law.

Respectfully submitted,

VIRGINIA POLYTECHNIC INSTITUTE AND
STATE UNIVERSITY and DASHAWN
DILWORTH

/s/
Katherine C. Londos (VSB #: 36848)
Nathan H. Schnetzler (VSB #: 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:    540/772-9167
Email: klondos@faplawfirm.com
            nschnetzler@faplawfirm.com



- 1 -

629.0456\NHS
4936-1894-6884 .v1

Kay Heidbreder (VSB No.: 22288)
University Legal Counsel and
Senior Assistant Attorney General
*heidbred@vt.edu*
M. Hudson McClanahan (VSB No.: 46363)
*hud3@vt.edu*
Kristina J. Hartman (VSB No.: 92279)
*kjhart06@vt.edu*
Associate University Legal Counsel and
Assistant Attorney General
University Legal Counsel (0121)
Burruss Hall, Suite 236, Virginia Tech
800 Drillfield Drive
Blacksburg, VA  24061
Phone: (540) 231-6293
Fax: (540) 231-6474

*Counsel for Defendants*



- 2 -

629.0456\NHS
4936-1894-6884 .v1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to counsel of record.

                                                /s/_____
                                                Nathan H. Schnetzler



FRITH
ANDERSON
+PEAKE PC
ATTORNEYS AT LAW

629.0456\NHS
4936-1894-6884 .v1