# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **Mason Ortegel** | Action No:   7:22cv510 |
| | Date:   5/27/2025 |
| vs. | Judge:   Elizabeth K. Dillon, CUSDJ |
| **Virginia Polytechnic Insititute and State University, et al.** | Court Reporter:   Lashawn Marshall, USDC-TN |
| | Deputy Clerk:   K. Anglim |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Benjamin North | Nathan Schnetzler |
| | Kay Heidbreder |
| | Kristina Hartman |
| | Hud McClanahan |

PROCEEDINGS:
Parties present via zoom for oral argument on Motion for Leave to File Second Amended Complaint by Mason Ortegel (dkt 43).

Court denies plaintiff's Motion for Leave to File Second Amended Complaint and Reconsider and dismisses Count V as to defendant Katie Polidoro in her individual capacity.   For the reasons stated on the record, the court denied plaintiff's motion for leave to file a second amended complaint and reconsider seeking to reassert race-based discrimination claims that had been dismissed and to substitute defendant Katie Polidoro, in her individual capacity, with another individual.   Pursuant to parties' agreement on the record, defendant Katie Polidoro, in her individual capacity only, was dismissed from the case.

Hearing on motion for summary judgment - June 11, 2025 at 2 pm
Trial - August 11 – 15, 2025 at 9 am.


Time in Court:   10:00 – 11:04a; 1h 4m