# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **Mason Ortegel** | Action No: 7:22cv510 |
| | Date: 6/11/2025 |
| vs. | Judge: Elizabeth K. Dillon, CUSDJ |
| **Virginia Polytechnic Insititute and State University, et al.** | Court Reporter: M. Butenschoen |
| | Deputy Clerk: K. Anglim |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Benjamin North | Nathan Schnetzler |
| Katie Raymond | Kristina Hartman |

PROCEEDINGS:
Parties present for oral argument on Motion for Summary Judgment by by Dashawn Dilworth, Virginia Polytechnic Institute And State University (dkt 47) and Motion for Summary Judgment by Katie Polidoro (dkt. 49).
Both Motions taken under advisement.
Court asks for supplemental briefing regarding the equal protection claims.
Defendant will file by Monday, 6/16
Plaintiff will respond by the following Monday, 6/23
Defendant will have 3 days to reply. Please let the court know if you do not intend to file a reply.

Trial - August 11 – 15, 2025 at 9 am.

Time in Court: 1:55p – 3:44p; 1h 49m