UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

January 05, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ Erica Jones
DEPUTY CLERK

MASON ORTEGEL,

    Plaintiff,

v.

VIRGINIA POLYTECHNIC
INSTITUTE AND STATE
UNIVERSITY, et al.,

    Defendants.

Case No. 7:22-cv-00510-EKD/CKM

ORDER ON MOTION TO WITHDRAW
APPEARANCE OF COUNSEL FOR PLAINTIFF

Upon consideration of the motion to withdraw the appearance of Benjamin F. North, and because Plaintiff Ortegel will continue to be represented by Lindsay McKasson and Katie Raymond with Binnall Law Group, the Court finds good cause to grant Mr. North's withdrawal from this matter; it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED.** The clerk is directed to remove Benjamin North as counsel of record for the Plaintiff.

It is so ORDERED.

Dated: January 5, 2026

Hon. C. Kailani Memmer
United States Magistrate Judge